# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127261
 (66)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PATRICK LEWIS a/k/a TONY GRIGGS,
      Defendant-Appellant.

SC: 127261
COA: 244589
Kent CC: 01-002471-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's order of February 3, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      WEAVER, J., would grant reconsideration.

      CORRIGAN, J., would grant reconsideration and, on reconsideration, would accord the parties the opportunity to file supplemental briefs before acting to reverse the judgment of the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk